**Order filed September 11, 2012**



**In The**

# Fourteenth Court of Appeals

_____

**NO. 14-12-00308-CV**

_____

**HELEN MAYFIELD, Appellant**

**V.**

**HARRIS COUNTY, Appellee**

**On Appeal from the 129th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2011-26254**

## O R D E R

Appellant's brief was due July 9, 2012. No brief or motion for extension of time has been filed.

Unless appellant files her brief with the clerk of this court on or before **September 24, 2012**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM